# EXHIBIT A:  LISTING OF ALL PARTIES AND COUNSEL OF RECORD

Sebastian J. Filgueira
Lozano Law Offices, P.C.
Texas Bar No. 24057846
604 E. Highway 6
Alvin, TX 77511
(281) 756-8300 – Telephone
(281) 388-1177 – Facsimile
sebastian@lozanoattorney.com
**Attorneys for Plaintiffs, Laura Ann Pyeatt and Harold Pyeatt**

Valerie Henderson
Texas Bar No. 24078655
Federal ID No. 1392550
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ. P.C.
1301 McKinney Street, Suite 3700
Houston, Texas 77010
(713) 650-9700 - Telephone
(713) 650-9701 – Facsimile
vhenderson@bakerdonelson.com

Allison G. Knerr
Texas Bar No. 24069573
DINSMORE & SHOHL, LLP
255 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
Email: allison.knerr@dinsmore.com
Tel: (513) 977-8563
Fax: (513) 977-8141
**Attorneys for Defendant Dividend, a Division of Fifth Third Bank, National Association**