United States District Court
Southern District of Texas
**ENTERED**
December 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAURA PYEATT, *et al.*,<br>Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-03305 |
| DIVIDEND FIANCE INC.,<br>Defendant. | § § § | |

## ORDER TO TRANSFER

The parties having indicated on their joint discovery/case management plan their consent to proceed before the magistrate judge, it is hereby **ORDERED** that this case is reassigned to the docket of United States Magistrate Judge Andrew M. Edison to conduct all further proceedings, including final judgment.

The scheduling conference set for January 3, 2024 is CANCELLED.

SIGNED at Houston, Texas on December 27, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE