A true printed copy of sheet(s)
of the electronic record filed on 10/16/24
in the United States District Court
for the District of Minnesota

CERTIFIED, October 16 2024
Kate M. Fogarty, Clerk

BY: [signature]
Deputy Clerk
Signature of Clerk or Deputy Clerk

United States District Court
Southern District of Texas
ENTERED
October 16, 2024
Nathan Ochsner, Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DIVIDEND SOLAR FINANCE, LLC, AND
FIFTH THIRD BANK SALES AND LENDING
PRACTICES LITIGATION                                            MDL No. 3128

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On October 3, 2024, the Panel transferred 5 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2024). Since that time, no additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Katherine Marie Menendez.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Menendez.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of October 3, 2024, and, with the consent of that court, assigned to the Honorable Katherine Marie Menendez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 15, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: DIVIDEND SOLAR FINANCE, LLC, AND
FIFTH THIRD BANK SALES AND LENDING
PRACTICES LITIGATION  MDL No. 3128

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **CONNECTICUT** | | | | |
| CT | 3 | 24−00881 | Goodrich v. Fifth Third Bank, N.A. | 24-3918 KMM/DTS |
| **FLORIDA MIDDLE** | | | | |
| FLM | 2 | 23−00849 | Smith v. Lumio HX, Inc. et al | 24-3920 KMM/DTS |
| FLM | 3 | 24−00969 | Van Santen et al v. Fifth Third Bank National Association et al | 24-3921 KMM/DTS |
| FLM | 6 | 24−00979 | Pierce, Jr. v. Dividend Finance et al | 24-3922 KMM/DTS |
| **GEORGIA MIDDLE** | | | | |
| GAM | 3 | 24−00057 | METZ v. DIVIDEND | 24-3923 KMM/DTS |
| GAM | 5 | 24−00027 | KREMIN v. DIVIDEND | 24-3924 KMM/DTS |
| **GEORGIA NORTHERN** | | | | |
| GAN | 1 | 24−00832 | Carter v. Dividend Solar Finance LLC | 24-3925 KMM/DTS |
| GAN | 1 | 24−00833 | Watson v. Dividend Solar Finance LLC | 24-3926 KMM/DTS |
| GAN | 2 | 24−00126 | Ivester v. Dividend | 24-3927 KMM/DTS |
| GAN | 3 | 24−00058 | Cox v. Dividend Solar Finance, LLC | 24-3928 KMM/DTS |
| GAN | 3 | 24−00078 | Cooper v. Dividend, a Division of Fifth Third Bank, National Association | 24-3929 KMM/DTS |
| **ILLINOIS CENTRAL** | | | | |
| ~~ILC~~ | ~~4~~ | ~~23−04075~~ | ~~McCune v. Dividend Solar Finance LLC~~ | Opposed 10/11/24 |
| **ILLINOIS NORTHERN** | | | | |
| ~~ILN~~ | ~~1~~ | ~~23−03767~~ | ~~Kean et al v. Carbon Solutions SREC LLC et al~~ | Opposed 10/11/24 |
| **ILLINOIS SOUTHERN** | | | | |
| ~~ILS~~ | ~~3~~ | ~~23−03870~~ | ~~Parr et al v. Dividend Solar Finance LLC~~ | Opposed 10/11/24 |
| **MICHIGAN WESTERN** | | | | |
| MIW | 1 | 23−80038 | Dustin Smith v. Dividend Solar Finance LLC | 24-3930 KMM/DTS |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| TXS | 4 | 23−03305 | Pyeatt et al v. Dividend Fiance Inc. | **24-3931 KMM/DTS** |
| TXS | 4 | 23−04857 | Klen v. Dividend Solar Finance LLC | **24-3932 KMM/** |

TEXAS WESTERN

| | | | | |
|---|---|---|---|---|
| TXW | 5 | 24−00411 | Quizhpi v. Dividend Solar Finance, LLC | **24-3933 KMM/DTS** |